IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CAMILLE SEDAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:18-cv-0111-CMH-TCB |
| | ) |
| BOSTON PROPERTIES, INC., | ) |
| RESTON TOWN CENTER PROPERTY, LLC, | ) |
| AND | ) |
| BEACON CAPITAL PARTNERS LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court has considered the Joint Motion and Stipulations Regarding Party Defendants and hereby ORDERS as follows:

1. Boston Properties Limited Partnership shall be added as a named Defendant in the place of Boston Properties, Inc and all allegations against Boston Properties, Inc. shall now be deemed as alleged against Boston Properties Limited Partnership.

2. Boston Properties, Inc. and Beacon Capital Partners LLC shall be dismissed with prejudice.

3. It is hereby stipulated that Boston Properties Limited Partnership was manager or operator of the property in question during the relevant time period.

4. It is hereby stipulated that Reston Town Center Property, LLC was the owner of the property in question during the relevant time period.

5. Boston Properties Limited Partnership and Reston Town Center Property, LLC waive service of the Complaint.

6. Boston Properties Limited Partnership and Reston Town Center Property, LLC shall file responsive pleadings on or before October 17, 2018.

7. The Court dispenses with the briefing requirements of Local Rule 7(F).

Date: 10/12/18

/s/
Theresa Carroll Buchanan
United States Magistrate Judge