# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CAMILLE SEDAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:18-cv-01111-CMH-TCB |
| | ) |
| BOSTON PROPERTIES LIMITED PARTNERSHIP, | ) |
| | ) |
| and | ) |
| | ) |
| RESTON TOWN CENTER PROPERTY, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Camille Sedar, by counsel, appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered August 22, 2019, which Order granted the Defendants' Motion for Summary Judgment and dismissed the case.

Date:   September 4, 2019

                                                       **CAMILLE SEDAR**

                                                       By Counsel:

                                                         /s/ Andrew R. Park
                                          Andrew R. Park (VSB No. 41072)
                                          David J. Sensenig (VSB No. 41102)
                                          PARK SENSENIG LLC
                                          2310 West Main Street
                                          Richmond, Virginia 23220
                                          Tel (804) 417-6085
                                          Fax (888) 552-1781

david.sensenig@parksensenig.com  
andrew.park@parksensenig.com  
*Counsel for Camille Sedar*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following electronically this 4th day of September 2019:

    Joseph P. Moriarty, Esq.
    WILLCOX & SAVAGE, P.C.
    Wells Fargo Center
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510-2243
    Email: jmoriarty@wilsav.com
    *Counsel for Defendants Boston Properties Limited Partnership and*
    *Reston Town Center Property, LLC*

    David D. Hudgins, Esq.
    Mary Goegel, Esq.
    Hudgins Law Firm, P.C.
    Eisenhowever Center III, 2331 Mill Rd., Suite 100
    Alexandria, VA 22314
    Email: dhudgins@hudginslawfirm.com
    Email: mgoegel@hudginslawfirm.com
    *Counsel for Defendants Boston Properties Limited Partnership and*
    *Reston Town Center Property, LLC*


                                                       /s/ Andrew R. Park