IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CAMILLE SEDAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:18-cv-01111-CMH-TCB |
| | ) |
| BOSTON PROPERTIES LIMITED PARTNERSHIP, et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Camille Sedar ("Plaintiff"), and Defendants, Boston Properties Limited Partnership and Reston Town Center Property, LLC (collectively, "Defendants"), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action has been settled by the Parties pursuant to a Settlement Agreement dated July 24, 2021 whereby the Plaintiff and Defendants settled any and all claims asserted in this matter. Pursuant thereto, any and all claims asserted in this matter are hereby dismissed with prejudice.

Dated: August 19, 2021                                  Respectfully submitted,

                                                                              By Counsel:

                                                                              /s/Joseph P. Moriarty
                                                                              Joseph P. Moriarty, Esq.
                                                                              WILLCOX & SAVAGE, P.C.
                                                                              Wells Fargo Center
                                                                              440 Monticello Avenue, Suite 2200
                                                                              Norfolk, Virginia 23510-2243

jmoriarty@wilsav.com
*Counsel for Defendants Boston Properties Limited Partnership and Reston Town Center Property, LLC*


/s/ David D. Hudgins
David D. Hudgins, Esq.
Hudgins Law Firm, P.C.
Eisenhower Center III, 2331 Mill Rd., Suite 100
Alexandria, VA 22314
Email: dhudgins@hudginslawfirm.com
*Counsel for Defendants Boston Properties Limited Partnership and Reston Town Center Property, LLC*


/s/David J. Sensenig
David J. Sensenig, Esq.
Andrew R. Park, Esq.
PARK SENSENIG LLC
2310 West Main Street
Richmond, Virginia 23220
Telephone: (804) 417-6085
Facsimile: (804) 552-1781
david.sensenig@parksensenig.com
andrew.park@parksensenig.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following by ECF and E-mail this 19th day of August 2021:

>Joseph P. Moriarty, Esq.
>WILLCOX & SAVAGE, P.C.
>Wells Fargo Center
>440 Monticello Avenue, Suite 2200
>Norfolk, Virginia 23510-2243
>Email: jmoriarty@wilsav.com
>*Counsel for Defendants Boston Properties Limited Partnership and Reston Town Center Property, LLC*
>
>David D. Hudgins, Esq.
>Hudgins Law Firm, P.C.
>Eisenhower Center III, 2331 Mill Rd., Suite 100
>Alexandria, VA 22314
>Email: dhudgins@hudginslawfirm.com
>*Counsel for Defendants Boston Properties Limited Partnership and Reston Town Center Property, LLC*

              /s/ David J. Sensenig